[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 23-11188

Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JOSE RICARDO RAMIREZ ROMERO,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:22-cr-60131-RS-2

————————————————

2                        Opinion of the Court                    23-11188

Before BRANCH, BRASHER, and ANDERSON, Circuit Judges.

PER CURIAM:

Patrick K. Korody, appointed counsel for Jose Ramirez Romero in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ramirez Romero's convictions and sentences are **AFFIRMED**.